|  | FILED |
|--|--|
|  | CLERK, U.S. DISTRICT COURT |
|  | 08/28/2025 |
|  | CENTRAL DISTRICT OF CALIFORNIA |
|  | BY: ___AP___ DEPUTY |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
　　　　　　　　　　　　　　PLAINTIFF
　　v.

Francisco Javier LONGORIA

　　　　　　　　　　　DEFENDANT(S).

CASE NUMBER: 5:25-mj-00533

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 08/28/2025   0430   ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 111
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☑ No   ☑ Unknown
6. Interpreter Required: ☐ No   ☐ Yes: Spanish (Language)
7. Year of Birth: 1982
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☐ No
    ☑ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☐ If yes, please list Officer's Name: _____ Time: _____ AM / PM
14. Remarks (if any): _____

15. Date: 08/28/2025
16. Name: Tad Freesmeier (Please Print)
17. Agency: Homeland Security Investigations
18. Signature: [signed]
19. Office Phone Number: 213-923-6820