BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6924
    Facsimile: (951) 276-6202
    Email:     sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCISCO JAVIER LONGORIA,<br><br>    Defendant. | No. ED 25-MJ-00533-DUTY<br><br>UNOPPOSED NOTICE OF MOTION AND MOTION TO DISMISS WITHOUT PREJUDICE COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Sonah Lee, hereby moves to dismiss without prejudice its complaint against defendant Francisco Javier Longoria.

The United States moves to dismiss the complaint against defendant in the interests of justice under Federal Criminal Rule 48(a), and therefore respectfully requests that the Court grant its motion to dismiss the complaint without prejudice. Additionally, the Court should exonerate the bond for defendant.

On September 17, 2025, Deputy Federal Public Defender Luisa Tamez, counsel for defendant, indicated that defendant does not oppose this motion but notes that the dismissal should be with prejudice.

Dated: September 17, 2025      Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

　　　　/s/ Sonah Lee
SONAH LEE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2