1  BILAL A. ESSAYLI
   Acting United States Attorney
2  JOSEPH T. MCNALLY
   Assistant United States Attorney
3  Acting Chief, Criminal Division
   SONAH LEE (Cal. Bar No. 246024)
4  Assistant United States Attorney
   Riverside Office
5       3403 Tenth Street, Suite 200
        Riverside, California 92501
6       Telephone: (951) 276-6924
        Facsimile: (951) 276-6202
7       Email:     sonah.lee@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                    UNITED STATES DISTRICT COURT

11                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. ED 25-MJ-00533-DUTY

13            Plaintiff,             [PROPOSED] ORDER TO DISMISS
                                     COMPLAINT WITHOUT PREJUDICE
14            v.                     PURSUANT TO RULE 48(a)

15
    FRANCISCO JAVIER LONGORIA,
16
              Defendant.
17

18       The Court has read and considered the government's motion to

19  dismiss the complaint without prejudice pursuant to Federal Rule of

20  Criminal Procedure 48(a).  The Court finds that there is good cause

21  to dismiss the complaint in the interests of justice.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1    Accordingly, IT IS HEREBY ORDERED that the complaint is
2 dismissed without prejudice against defendant in the interest of
3 justice.  Defendant's bond shall be exonerated and any terms and
4 conditions of pretrial release shall be terminated.
5    IT IS SO ORDERED.

_____   _____
 DATE                              UNITED STATES MAGISTRATE JUDGE

Presented by:

   /s/
_____
SONAH LEE
Assistant United States Attorney