```
BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
SONAH LEE (Cal. Bar No. 246024)
Assistant United States Attorney
Riverside Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6924
     Facsimile: (951) 276-6202
     Email:     sonah.lee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED 25-MJ-00533-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| FRANCISCO JAVIER LONGORIA, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

//
//
//
//
//
//
//

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant in the interest of justice. Defendant's bond shall be exonerated and any terms and conditions of pretrial release shall be terminated.

IT IS SO ORDERED.

09/17/2025
DATE

*Joel Richlin*
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
SONAH LEE
Assistant United States Attorney